In the Matter of JOHN D. JUSTICE, Appellant, v GEORGE B. ALEXANDER, as Chairman of the New York State Division of Parole, Respondent.

Submitted April 20, 2009; decided June 4, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of FAITH ANN PEASLEE and Others.

GEORGE M. REIBER, Appellant, v GMAC, LLC, et al., Respondents.

Submitted June 1, 2009; decided June 4, 2009

Motion by Ingrid M. Hillinger et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.